IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00163-WYD-CBS

MEMBERS TRUST COMPANY OF COLORADO, a Colorado corporation;
TRUSTEE OF THE KEITH L. STOUFFER TRUST;
MICHAEL B. GORHAM;
KENNETH W. BETZ, Co-Personal Representatives of the ESTATE OF KEITH L. STOUFFER,

       Plaintiffs,

v.

CONTINENTAL ASSURANCE COMPANY, an Illinois corporation; and
JACOBS ENGINEERING GROUP, INC., a Delaware corporation,

       Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

       Plaintiffs' Unopposed Motion to File Second Amended Complaint (filed March 8, 2006) is **GRANTED**.  The Clerk of Court is directed to accept for filing the proposed Second Amended Complaint attached to Plaintiffs' Motion.

       Dated:  March 8, 2006

                                                              s\ Sharon Shahidi
                                                              Law Clerk to
                                                              Wiley Y. Daniel
                                                              U.S. District Court