IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00163-WYD-CBS

MEMBERS TRUST COMPANY OF COLORADO,
a Colorado corporation, TRUSTEE OF THE
KEITH L. STOUFFER TRUST, and
MICHAEL B. GORHAM and KENNETH W. BETZ,
Co-Personal Representatives of the ESTATE OF
KEITH L. STOUFFER,

    Plaintiffs,

v.

CONTINENTAL ASSURANCE COMPANY,
an Illinois corporation, and
JACOBS ENGINEERING GROUP, INC.,
a Delaware corporation,

    Defendants.

## ORDER

    The Court has reviewed Plaintiffs' Status Report and hereby grants the parties an extension in which to continue negotiations.  Plaintiffs shall file a supplemental status report on **June 9, 2006.**

    SO ORDERED this 2nd day of June, 2006.

                      BY THE COURT:

                        *s/Craig B. Shaffer*
                        Craig B. Shaffer
                        United States Magistrate Judge