IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00163-WYD-CBS

MEMBERS TRUST COMPANY OF COLORADO, a Colorado corporation;
TRUSTEE OF THE KEITH L. STOUFFER TRUST;
MICHAEL B. GORHAM;
KENNETH W. BETZ, Co-Personal Representatives of the ESTATE OF KEITH L. STOUFFER,

     Plaintiffs,

v.

CONTINENTAL ASSURANCE COMPANY, an Illinois corporation; and
JACOBS ENGINEERING GROUP, INC., a Delaware corporation,

     Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Dismiss filed July 6, 2006.  The motion seeks to dismiss this case based on a settlement agreement between the parties that resolves the claims and issues.  The Court, having reviewed the Unopposed Motion to Dismiss and being fully advised in the premises,

ORDERS that the Unopposed Motion to Dismiss is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney fees.

Dated:  July 6, 2006

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge